```
David J. Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN: 205175)
kaminskid@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
```
*Attorneys for Defendant,*
CMRE FINANCIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEIGH THRASHER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>CMRE FINANCIAL SERVICES, INC.,<br><br>Defendants | Case No. 3:14-cv-01540-BEN-NLS<br><br>CLASS ACTION<br><br>**JOINT MOTION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff ASHLEIGH THRASHER, individually and on behalf of all others similarly situated ("Plaintiff"), through her counsel of record, Ronald A. Marron of Law Offices of Ronald A. Marron and Defendant CMRE FINANCIAL SERVICES, INC. ("Defendant"), through its counsel of record, David J. Kaminski of Carlson & Messer LLP, hereby file this

Joint Motion to Dismiss the individual action of Plaintiff ASHLEIGH THRASHER, with prejudice, and to dismiss without prejudice, the class action claims asserted in the lawsuit pursuant to FRCP 41(a)(1)(A)(ii).  Each party shall bear its/his/their own costs and expenses.

**LAW OFFICES OF RONALD A. MARRON**

Dated: June 25, 2015          By   /s/ Ronald A.Marron
                                    Ronald A. Marron
                                    Kas Galucci
                                    *Attorneys for Plaintiff,*
                                    *ASHLEIGH THRASHER*

**CARLSON & MESSER LLP**

Dated: June 25, 2015          By   /s/ David J. Kaminski
                                    David J. Kaminski
                                    Stephen A. Watkins
                                    *Attorneys for Defendant,*
                                    *CMRE FINANCIAL SERVICES, INC.*

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Ronald A. Marron, counsel for Plaintiff, and that I have obtained her authorization to affix her electronic signature to this document.

Dated: June 25, 2015            **CARLSON & MESSER LLP**

                    By:  /s/ David J. Kaminski
                        David J. Kaminski
                        *Attorneys for Defendant,*
                        *CMRE FINANCIAL SERVICES, INC.*

# CERTIFICATE OF SERVICE

I hereby certify that on this **25th** of **June 2015**, a true and accurate copy of the foregoing **JOINT MOTION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** was served via the U.S. District Court ECF system on the following e-mail(s):

ron@consumersadvocates.com
kas@consumersadvocates.com

<u>/s/ David J. Kaminski</u>
David J. Kaminski