# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEIGH THRASHER, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>CMRE FINANCIAL SERVICES, INC.,<br><br>          Defendants | Case No. 3:14-cv-01540-BEN-NLS<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

    Plaintiff ASHLEIGH THRASHER and Defendant CMRE FINANCIAL SERVICES, INC. have filed a Joint Motion to Dismiss. (Docket No. 34.) The Court **GRANTS** the parties' Motion. Plaintiff's individual claims are dismissed with prejudice and the putative class action claims are dismissed without prejudice. Each party shall bear their respective attorneys' fees and costs.

    **IT IS SO ORDERED.**

Dated: June 26, 2015

                                          Hon. Roger T. Benitez
                                          United States District Judge